# THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

UNITED STATES OF AMERICA

v.

Kenneth Owen

CASE NO.: 723MJ10

DATE: 1/19/2023

TYPE OF HEARING: Rule 5 1A

***

PARTIES:

1. Robert S. Ballou
2. Kristin Johnson AUSA
3. Benjamin Schiffelbein FPD
4. Kenneth Owen, deft
5. Alison Spencer, USPO
6. Kim Falatic, USPO
7.
8.
9.
10.

***

Recorded by: K. Brown/ZOOMGOV

Time in Court: 17 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:03 | 1 | | 4 | | | | | | |
| | 4 | 2:18 | 1 | | | | | | |
| | 1 | | 5 | | | | | | |
| | 3 | | 1 | | | | | | |
| 2:05 | 1 | | 2 | | | | | | |
| | 4 | | 1 | | | | | | |
| | 1 | | 3 | | | | | | |
| | 3 | 2:19 | 1 | | | | | | |
| | 1 | | 2 | | | | | | |
| | 2 | | 3 | | | | | | |
| | 1 | 2:20 | 1 | | | | | | |
| | 3 | | | | | | | | |
| | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| 2:13 | 1 | | | | | | | | |